No.44359.—Protests 760927–G, etc., of F. H. Shallus Co. et al. (Baltimore and Boston).

Opinion by EVANS, J.   On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

No. 44360.—Protests 771942–G/82963, etc., of Davies Turner & Co. et al. (Chicago and New York).

Opinion by EVANS, J.   On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

BEFORE THE FIRST DIVISION, SEPTEMBER 25, 1940

No. 44361.—Protests 825017–G, etc., of McKesson Wholesalers et al. (Minneapolis, etc.).

Opinion by BROWN, J.   On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

No. 44362.—Protests 789495–G, etc., of McKesson Wholesalers et al. (Minneapolis, etc.).

Opinion by BROWN, J.   On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

No. 44363.—Protest 2222–K of Rice & Co. Corp.   (Boston).

Opinion by TILSON, J.   On the record presented it was held that the sewing machines in question are dutiable at 15 percent under paragraph 372 as claimed.

BEFORE THE SECOND DIVISION, SEPTEMBER 25, 1940

No. 44364.—Protest 985796–G of Cambosco Scientific Co. (Boston).

Opinion by KINCHELOE, J.   On the record presented it was found that the models here in question are not the product of nature but merely manufactured imitations thereof and therefore do not come within the purview of said paragraph 1764.   The protest was overruled.   *Hensel* v. *United States* (T. D. 44038) followed.